UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                       Plaintiff,

                                                                         DECISION AND ORDER

                                                                         08-CR-6104L

                       v.

JAMAHL LEONARD,

                       Defendant.
_____

Defendant, *pro se,* has moved for an order providing him with free transcripts of proceedings held in District Court in connection with his plea and sentence. (Dkt. #172). Defendant claims he seeks to bring a proceeding under 28 U.S.C. § 2255.

Defendant has failed to make a showing of a need for these transcripts or stated any reason for their production. Defendant's plea agreement precluded any appeal or collateral proceeding.

CONCLUSION

Defendant's request for free transcripts is denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       February 24, 2009.